UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VANESSA ZAYAS                                                    JURY TRIAL DEMANDED

v.                                                                          CASE NO. 3:06CV

COMPLETE CREDIT SOLUTIONS INC.

<u>COMPLAINT</u>

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant has an office at 2921 Brown Trail # 100, Bedford TX 76021 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating in an effort to collect the plaintiff's purported personal account with Circuit City.

6. Defendant continued to call plaintiff at her place of employment despite being told not to call her there.

FIRST COUNT

7. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

8. Within three years prior to the date of this action each Defendant engaged in acts and practices as to plaintiff in violation of the Consumer Collection Agency Act, § 36a-800 *et seq*. Conn. Gen. Stat.

9. Defendants committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

    THE PLAINTIFF

    BY__/s/ Joanne S. Faulkner__
    JOANNE S. FAULKNER ct04137
    123 AVON STREET
    NEW HAVEN, CT 06511-2422
    (203) 772-0395
    j.faulkner@snet.net