UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ------------------------------------------------------------x | CIVIL ACTION NO. | |
| VANESSA ZAYAS | : | 3:06 CV00521 (JBA) |
| | : | |
| Plaintiff | : | |
| | : | |
| Vs. | : | |
| | : | |
| COMPLETE CREDIT SOLUTIONS, INC. | : | |
| | : | |
| Defendants. | : | JUNE 8, 2006 |
| ------------------------------------------------------------x | | |

## NOTICE OF SETTLEMENT

The defendant in the above-captioned action hereby advises the Court that plaintiff and defendant have reached a settlement of the above-captioned case and that counsel are in the process of preparing the papers reflecting the settlement. Pursuant to Rule 16(b) of the Local Rules of this District, counsel advises the Court of this settlement and requests that all pending deadlines, motions and pleadings be held in abeyance pending completion of the settlement documentation and submission of appropriate stipulations or notices, as the case may be.

THE DEFENDANT,
COMPLETE CREDIT SOLUTIONS, INC.

By: _____
Jonathan D. Elliot
Federal Bar No.(ct05762)
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8969

## **CERTIFICATION**

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, this \_\_\_\_\_ day of June, 2006 to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

    _____
    Jonathan D. Elliot