**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**ZAYAS**                                   :

**v.**                                      : **NO. 3:06cv521 (JBA)**

**COMPLETE CREDIT SOLUTIONS**               :

### JUDGMENT

Notice having been sent to counsel of record on June 14, 2006, and pursuant to D. Conn. L. Civ. R. 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before July 8, 2006, and

No closing papers having been received and no further requests for extension having been received, it is hereby,

ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to D. Conn. L. Civ. R. 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**    **July 14, 2006**