UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x    CIVIL ACTION NO.
VANESSA ZAYAS                              :                  3:06 CV00521 (JBA)
                                           :
            Plaintiff                      :
                                           :
Vs.                                        :
                                           :
COMPLETE CREDIT SOLUTIONS, INC.            :
                                           :
            Defendants.                    :                  JUNE 6, 2006
---------------------------------------------------------x

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The plaintiff and defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF
VANESSA ZAYAS

By_____
Joanne Faulkner, Esq. (ct04137)
123 Avon Street
New Haven, CT  06510
(203) 772-0395

THE DEFENDANT
COMPLETE CREDIT SOLUTIONS, INC.

By_____
Jonathan D. Elliot (ct05762)
Kleban & Samor, P.C.
2425 Post Road
P.O. Box 763
Southport, CT  06890
(203) 254-8969
(203) 259-9617 (fax)